**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| AVE MARIA FOUNDATION, *et al.*,     ) <br>                ) <br>      Plaintiffs,     ) <br>                ) <br>   v.             ) <br>                ) <br> KATHLEEN SEBELIUS, in her official     ) <br> capacity as Secretary, United States     ) <br> Department of Health and Human Services, *et* ) <br> *al.*,             ) <br>                ) <br>      Defendants.     ) <br>                ) <br> _____) | Case No. 2:13-cv-15198-SJM-MAR |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Kathleen Sebelius, in her official capacity as Secretary of Health and Human Services; the United States Department of Health and Human Services; Thomas Perez, in his official capacity of Secretary of Labor; the United States Department of Labor; Jacob J. Lew, in his official capacity as Secretary of the Treasury; and the United States Department of the Treasury, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting a Preliminary Injunction, entered on January 13, 2014, ECF No. 15.

Respectfully submitted this 13th day of March, 2014,

STUART F. DELERY
Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

BARBARA L. MCQUADE
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS (VA Bar No. 83212)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7108
Washington, D.C. 20530
Telephone: (202) 514-3367
Facsimile: (202) 616-8470
Email: Bradley.P.Humphreys@usdoj.gov

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 13, 2014, I caused a true and correct copy of the foregoing to be served on plaintiffs' counsel by means of the Court's ECF system.

<u>*/s/ Bradley P. Humphreys*</u>
BRADLEY P. HUMPHREYS